

# Fourth Court of Appeals

## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-16-00621-CV

Gilbert Lee **DAVIS**,
Appellant

v.

**GOVERNMENT EMPLOYEES INSURANCE COMPANY**,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 367896
Honorable Scott Roberts, Judge Presiding

PER CURIAM

Sitting:    Sandee Bryan Marion, Chief Justice
            Karen Angelini, Justice
            Jason Pulliam, Justice

Delivered and Filed:  November 16, 2016

DISMISSED FOR LACK OF JURISDICTION

Appellant Gilbert Davis appeals from the trial court's default judgment entered March 14, 2012.  The record does not reflect a bill of review has been filed.  In addition, it appears the statute of limitations to file a bill of review has expired.  For these reasons, it does not appear that this court has jurisdiction over this appeal.

Therefore, on October 20, 2016, this court ordered Davis to show cause in writing within fifteen days of the date of this order why this appeal should not be dismissed for lack of jurisdiction.  Davis responded requesting that this court retain this appeal; however, he did not

provide basis for this court's jurisdiction.  In light of the record presented, appellant has no right of appeal, and this court must dismiss this appeal for lack of jurisdiction.  Accordingly, the appeal is dismissed.  *See* Tex. R. App. P. 42.3(a).

PER CURIAM